1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7  JORDYN JAMISON,

8          Plaintiff(s),

9  v.

10  AMERICAN AFFILIATE CO. LLC,

11          Defendant(s).

Case No. 2:23-cv-02091-JCM-NJK

**ORDER**

12          Plaintiff has filed a notice of settlement.  Docket No. 11.  Dismissal papers must be filed

13  by May 10, 2024.

14          IT IS SO ORDERED.

15          Dated: April 18, 2024

16  _____

17  Nancy J. Koppe
    United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

1