**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Jordyn Jamison*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JORDYN JAMISON, individually,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AFFILIATE CO. LLC,<br><br>Defendant. | CASE NO.:  2:23-cv-02091<br><br>**STIPULATION & ORDER TO WITHDRAW PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Plaintiff and Defendant, by and through their attorneys of record, in light of the total settlement of all claims, stipulate and agree that Plaintiff's Motion for Entry of Default Judgment is withdrawn (ECF No. 10).

**IT IS SO STIPULATED AND AGREED.**

DATED this 1st day of May, 2024.

**LAGOMARSINO LAW**

*/s/ Taylor Jorgensen*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this 1st day of May, 2024.

**FENWICK**

 /s/ *Matthew Damm, Esq.*
MATTHEW DAMM, ESQ. (#4784187)
902 Broadway, #14
New York, New York 10010
*Attorney for Defendants*

**ORDER**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 3, 2024

Page 1 of 1