LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Jordyn Jamison*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JORDYN JAMISON, individually,

Plaintiff,

v.

AMERICAN AFFILIATE CO. LLC,

Defendant.

CASE NO.: 2:23-cv-02091

**STIPULATION & ORDER TO DISMISS WITH PREJUDICE**

Plaintiff and Defendant, by and through their attorneys of record, and in light of the total settlement of all claims, stipulate and agree that all of Plaintiff's claims are hereby dismissed against Defendant, with prejudice, with each party to bear their own attorney fees and costs.

**IT IS SO STIPULATED AND AGREED.**

DATED this 1st day of May, 2024.

**LAGOMARSINO LAW**

ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 1st day of May, 2024.

**FENWICK**

/s/ *Matthew Damm, Esq.*
MATTHEW DAMM, ESQ. (#4784187)
902 Broadway, #14
New York, New York 10010
*Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: May 3, 2024

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, Suite 241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065